No. 1054. CHILDS *v.* OREGON. Sup. Ct. Ore. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Paul R. Meyer* for petitioner. *George Van Hoomissen* and *Jacob B. Tanzer* for respondent.

No. 379, Misc. THOMAS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *James J. Mullins, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 606, Misc. SCHOONOVER *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. *Guy P. Johnson* for petitioner. *Jack P. F. Gremillion,* Attorney General of Louisiana, *William P. Schuler,* Second Assistant Attorney General, and *Frank H. Langridge* for respondent.

No. 1230, Misc. RIVERS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. *Michael F. Dillon* for respondent.

No. 1095, Misc. NELSON *v.* UNITED STATES; and
No. 1314, Misc. JONES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States in both cases. Reported below: 401 F. 2d 521.

No. 1112, Misc. SORGI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States.